1034

RICHARD L. BENSON, *Respondent*, v. AMBER L. VONMILLANCH ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-2-01235-5, Carrie L. Runge, J., entered August 4, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Stephens, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. S.S., *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 06-8-00049-6, John M. Antosz, J., entered November 20, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD G. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-02403-6, Linda C. Krese, J., entered October 29, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schindler, J., concurred in by Appelwick, C.J., and Agid, J.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DUAH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04274-1, Helen Halpert, J., entered May 5, 2005. *Reversed* by unpublished per curiam opinion.